J-A04021-20

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| CHARLES DAVIS, ADMINISTRATOR OF THE ESTATE OF DORA RAMEY DECEASED | : : : : : : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| v. | : : : : | |
| 1245 CHURCH ROAD OPERATIONS, LLC D/B/A HILLCREST CENTER, GENESIS PA HOLDINGS LLC., AND ALBERT EINSTEIN MEDICAL CENTER | : : : : : : : | No. 3539 EDA 2018 |
| APPEAL OF: 1245 CHURCH ROAD OPERATIONS, LLC D/B/A HILLCREST CENTER AND GENESIS PA HOLDINGS LLC. | : : : : | |

Appeal from the Order Entered November 20, 2018
In the Court of Common Pleas of Philadelphia County
Civil Division at No(s): 1712 01820

BEFORE: PANELLA, P.J., STRASSBURGER, J.*, and COLINS, J.*

DISSENTING STATEMENT BY PANELLA, P.J.: Filed: April 16, 2020

I would affirm on the basis of the trial court's opinion.

_____

* Retired Senior Judge assigned to the Superior Court.